# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:17-cr-43-DPM

LUIS ALBERTO GOMEZ            DEFENDANT

## ORDER

**1.** Gomez's lawyer has informally notified the Court that she's conferred with Gomez and that Gomez agrees to the proposed modification. The joint proposal, № 21, is therefore adopted.

**2.** The Judgment, № 1 at 7, is amended to add the following to Gomez's Special Conditions of Supervised Release:

> Gomez must participate, under the guidance and supervision of the probation officer, in a substance-abuse treatment program, which may include drug and alcohol testing, outpatient counseling, and residential treatment. Gomez must abstain from using alcohol throughout the course of treatment. If the probation office determines that Gomez is able to pay for this treatment, then Gomez must pay at a rate of $10 per session, with the total cost not to exceed $40 per month. If Gomez is financially unable to pay for the cost of treatment, then the co-pay requirement will be waived.

**3.** The Court asks that Gomez's lawyer file the formal modification consent form when Gomez signs and returns it.

**4.** Based on the agreed modification, the revocation petition, № 2, is dismissed without prejudice to the United States' refiling it if Gomez violates his conditions of supervision.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2017